Paul Steven JONES *v.* STATE of Arkansas

CR 97-351                                    940 S.W.2d 887

Supreme Court of Arkansas
Opinion delivered April 14, 1997

*John F. Gibson, Jr.,* for appellant.

No response.

PER CURIAM. Paul Steven Jones, by his attorney, has filed a motion for a belated appeal. His attorney, John F. Gibson, Jr., admits in his motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

■ The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.